# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00516-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE ANTONIO GAYTAN,

    Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on March 20, 2013, it is hereby

ORDERED that Defendant Jose Antonio Gaytan is sentenced to **TIME SERVED.**

Dated: March 20, 2013.

                              BY THE COURT:

                              s/ Lewis T. Babcock  
                              LEWIS T. BABCOCK,  
                              UNITED STATES DISTRICT JUDGE